UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 8:26-cr-61-MSS-TGW

JAY WILBURN, ET AL.

**JUNE 2026 JOINT STATUS REPORT**

Counsel for the United States of America and for the defendant, jointly file this status report.

1.    **Brief Summary of Case Status**:

On January 30, 2026, Jay Wilburn was charged via criminal complaint with Hobbs Act Robbery in violation of 18 U.S.C. § 1951. Doc. 1. Specifically, Wilburn was accused of robbing individuals at gunpoint in an apartment complex in Tampa, during which he tied up his victims, including a 13-year-old child. Willburn had at least one accomplice during this robbery. Wilburn was arrested pursuant to the criminal complaint and detained pending trial.

On February 19, 2026, a federal grand jury returned an indictment charging Wilburn with Hobbs Act Robbery, Conspiracy, Use of a Firearm During the Commission of a Crime of Violence, and Possession of a Firearm as a Convicted Felon. Doc. 18.

On May 20, 2026, a federal grand jury returned a superseding indictment which added Alvaughn Parker to the indictment. Doc. 36. Parker was also charged

with Hobbs Act Robbery, Conspiracy, and Use of a Firearm During the Commission of a Crime of Violence. Parker was arrested and on June 9, 2026, detained pending trial. Docs. 46 and 58. Discovery is being provided to counsel for Parker. The case is currently set for the July trial term.

2. **Possibility Of a Plea Agreement as To Each Defendant**:

Discovery has been provided. At this time, the parties expect Wilburn to plead guilty. Of note, Wilburn has previously been convicted in the Middle District of Florida of using a firearm during a crime of violence—specifically, a carjacking. Because of this conviction, Wilburn's sentence and exposure is very high.

3. **Number Of Days Required For Trial:**

The United States expects trial to take approximately three to four days.

4. **Pending Motions, Dates On Which They Were Filed, And Whether They Are Ripe For Determination**:

There are no pending motions. However, Parker expects to file a motion to continue the trial and to waive speedy trial until September 30, 2026.

5.    **Potential Speedy Trial Problems**:

On May 18, 2026, Wilburn waived speedy trial until August 31, 2026. Parker has not yet waived speedy trial, but expects to do so.

<div style="margin-left: 50%;">

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By:    /s/Diego F. Novaes
       Diego F. Novaes
       Assistant United States Attorney
       Florida Bar No. 107376
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:   (813) 274-6000
       Facsimile:    (813) 274-6358
       E-mail: Diego.Novaes@usdoj.gov

</div>

**U.S. v. Wilburn, et al.**                         **Case No. 8:26-cr-61-MSS-TGW**

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Counsel of Record

/s/Diego F. Novaes
Diego F. Novaes
Assistant United States Attorney
Florida Bar No. 107376
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Diego.Novaes@usdoj.gov

4