UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:26-cr-61-MSS-TGW

JAY WILBURN, ET AL.

### JULY 2026 JOINT STATUS REPORT

Counsel for the United States of America and for the defendant, jointly file this status report.

1.     **Brief Summary of Case Status**:

On January 30, 2026, Jay Wilburn was charged via criminal complaint with Hobbs Act Robbery in violation of 18 U.S.C. § 1951. Doc. 1. Specifically, Wilburn was accused of robbing individuals at gunpoint in an apartment complex in Tampa, during which he tied up his victims, including a 13-year-old child. Willburn had at least one accomplice during this robbery. Wilburn was arrested pursuant to the criminal complaint and detained pending trial.

On February 19, 2026, a federal grand jury returned an indictment charging Wilburn with Hobbs Act Robbery, Conspiracy, Use of a Firearm During the Commission of a Crime of Violence, and Possession of a Firearm as a Convicted Felon. Doc. 18.

On May 20, 2026, a federal grand jury returned a superseding indictment which added Alvaughn Parker to the indictment. Doc. 36. Parker was also charged

with Hobbs Act Robbery, Conspiracy, and Use of a Firearm During the Commission of a Crime of Violence. Parker was arrested and on June 9, 2026, detained pending trial. Docs. 46 and 58. Discovery has been provided to counsel for Parker. The case is currently set for the September trial term.

2. **<u>Possibility Of a Plea Agreement as To Each Defendant</u>**:

Discovery has been provided. At this time, the parties expect Wilburn to plead guilty and the United States is currently drafting him a plea agreement. Of note, Wilburn has previously been convicted in the Middle District of Florida of using a firearm during a crime of violence—specifically, a carjacking. Because of this conviction, Wilburn's sentence and exposure is very high.

3. **<u>Number Of Days Required For Trial:</u>**

The United States expects trial to take approximately four days.

4. **<u>Pending Motions, Dates On Which They Were Filed, And Whether They Are Ripe For Determination</u>**:

There are no pending motions.

5.    **Potential Speedy Trial Problems**:

On May 18, 2026, Wilburn waived speedy trial until August 31, 2026. On July 1, 2026, Parker waived speedy trial until September 30, 2026.

<div style="margin-left:50%;">

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/Diego F. Novaes*
      Diego F. Novaes
      Assistant United States Attorney
      Florida Bar No. 107376
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone:   (813) 274-6000
      Facsimile:   (813) 274-6358
      E-mail: Diego.Novaes@usdoj.gov

</div>

**U.S. v. Wilburn, et al.**                                        **Case No. 8:26-cr-61-MSS-TGW**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 13, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to:

Counsels of Record

<div align="right">

*/s/Diego F. Novaes*
Diego F. Novaes
Assistant United States Attorney
Florida Bar No. 107376
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: Diego.Novaes@usdoj.gov

</div>

4